1  Joshua H. Haffner, Cal. Bar No. 188652
   (jhh@haffnerlawyers.com)
2  Graham G. Lambert, Cal. Bar No. 303056
   (gl@haffnerlawyers.com)
3  **HAFFNER LAW PC**
   445 South Figueroa St., Suite 2325
4  Los Angeles, California 90071
   Telephone: (213) 514-5681
5  Facsimile: (213) 514-5682

6  Paul D. Stevens, Cal. Bar No. 207107
   (pstevens@stevenslc.com)
7  Lauren A. Bochurberg, Cal. Bar No. 333629
   (lbochurberg@stevenslc.com)
8  **STEVENS LC**
   1855 Industrial Street, Suite 518
9  Los Angeles, California 90021
   Telephone: (213) 270-1211
10 Facsimile: (213) 270-1223

11 *Attorneys for Plaintiffs and the Certified Classes*
   *Additional Counsel on following page*

12

**UNITED STATES DISTRICT COURT**

13

**NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| JAMES C. KANG, et. al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:17-cv-06220-BLF |
| PATRICIA BARRERAS, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 5:21-cv-00071-BLF<br><br>**STIPULATION TO CONSOLIDATE CASES AND [~~PROPOSED~~] ORDER** |

1

(continued from previous page)

Michael Rubin, Cal. Bar No. 80618
mrubin@altshulerberzon.com
Eileen B. Goldsmith, Cal. Bar No. 218029
egoldsmith@altshulerberzon,com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiffs and the Certified Classes*


**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
PAUL BERKOWITZ, Cal. Bar No. 251077
pberkowitz@sheppardmullin.com
JASON P. BROWN, Cal. Bar No. 296688
jpbrown@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701

*Attorneys for Defendant Wells Fargo, N.A.*

STIPULATION TO CONSOLIDATE CASES AND [PROPOSED] ORDER

In response to this Court's March 10, 2021 Order Re Issue To Be Addressed At March 18, 2021 Hearing (Docket 100), please be advised that the parties to these proceedings hereby stipulate to consolidate *James C. Kang, et. al. v. Wells Fargo, N.A.* (Case No. 5:17-cv-06220-BLF) and *Patricia Barreras, et. al. v. Wells Fargo Bank*, N.A. (Case No. 5:21-cv-00071-BLF).

**IT IS SO STIPULATED.**

Dated:  March 12, 2021          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                By          /s/ Thomas R. Kaufman
                                          THOMAS R. KAUFMAN
                                          PAUL BERKOWITZ
                                          Attorneys for Defendant
                                          WELLS FARGO BANK, N.A.

Dated:  March 12, 2021          STEVENS, L.C.

                                By          /s/ Paul Stevens
                                          PAUL STEVENS
                                          Attorneys for Plaintiffs
                                          JAMES C. KANG, MICHAEL MOSES AND
                                          JACQUELINE IBARRA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The actions of *James C. Kang, et. al. v. Wells Fargo Bank, N.A.* (Case No. 5:17-cv-06220-BLF) and *Patricia Barreras, et. al. v. Wells Fargo Bank, N.A.* (*"Ibarra"*) (Case No. 5:21-cv-00071-BLF) are deemed consolidated.  The Court will not require an amended consolidated complaint but will construe the operative complaints in *Kang* and *Ibarra*, respectively, as one pleading.

Dated: March 12, 2021

                                        HON. BETH LABSON FREEMAN
                                        United States District Judge