Nancy Gray (SBN 150214)
ngray@grayfirm.com
Gray & Associates, PC
11500 West Olympic Blvd. Suite 400
Los Angeles, CA 90064
Tel: (310) 452-1211
Fax:(888) 729-2402

Justin L. Swidler, admitted *pro hac* vice
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Hwy. N. Ste. 402
Cherry Hill, NJ  08003
Tel:  (856) 685-7420
Fax:  (856) 685-7417

Robert D. Soloff, admitted *pro hac* vice
robert@solofflaw.com
Robert D. Soloff, P.A.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 472-0002
Fax: (954) 472-0052

Marc A. Silverman, admitted *pro hac* vice
msilverman@fwblaw.net
Frank Weinberg Black, P.L.
7805 S.W. 6th Court
Plantation, FL 33324
Tel: (954) 474-8000
Fax: (954) 474-9850

Attorneys for Objector, Kirk Fyson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. KANG, an individual, MICHAEL MOSES, and individual, et. al. on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; and DOES 1 through 10, inclusive, <br><br> Defendant | Case No.: 5:17-cv-06220-BLF <br> Case No. 5:21-cv-00071-BLF <br><br> **NOTICE OF FILING** |

| | |
|---|---|
| PATRICIA BARRERAS, an individual, JACQUELINE F. IBARRA, an individual, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 10 inclusive,<br><br>Defendant. | Judge: Hon. Beth Labson Freeman<br>Ctrm: 3<br>Date:  September 15, 2021<br>Time:  9:00 a.m. |

Objector Fyson hereby files the following judicial decisions for the Court's consideration:

1.  *ATSA of California, Inc. v. Continental Ins. Co.*, 754 F.2d 1394 (9th Cir. 1985).

2.  *Litman v. Massachusetts Mut. Life Ins. Co.,* 825 F.2d 1506 (11th Cir. 1987).

3.  *CBS Broadcasting, Inc., et al. v. Echostar Communications Corp., et al.*, 472 F.Supp.2d 1367 (S.D. Fla. 2006).

Respectfully submitted,

*/s Justin L. Swidler*

Justin L. Swidler, admitted *pro hac* vice
jswidler@swartz-legal.com
Swartz Swidler LLC
1101 Kings Hwy. N. Ste. 402
Cherry Hill, NJ  08003
Tel:    (856) 685-7420
Fax:    (856) 685-7417