UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES C. KANG; et al.,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>KIRK E. FYSON,<br><br>        Objector-Appellant,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant-Appellee. | No.  22-15694<br><br>D.C. Nos.  5:17-cv-06220-BLF<br>               5:21-cv-00071-BLF<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: SCHROEDER, FRIEDLAND, and R. NELSON, Circuit Judges.

    The motion to assign this appeal to this panel as a comeback to appeal No. 18-55626 and to expedite (Docket Entry No. 5) is granted.

    We sua sponte expedite briefing. The opening brief is due August 8, 2022. The answering briefs are due August 31, 2022. The optional reply brief is due within 14 days after service of the answering briefs. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1). No written

AC/MOATT

request for an extension of time to file a brief will be approved absent exceptional and unforeseen circumstances.

If necessary, the court will schedule oral argument by separate order.